443 A.2d 386

Commonwealth v. Wareham, Appellant.

Submitted March 9, 1981. Edward F. Kane, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, ROWLEY and MONTGOMERY, JJ.

Order affirmed.

443 A.2d 387

Commonwealth v. Vinks, Jr., Appellant.
Petition for Allowance of Appeal Denied May 28, 1982.

Submitted February 25, 1981. Nino V. Tinari, for appellant; David Fritchey, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and JOHNSON, JJ.

The judgment of sentence is affirmed.